B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Western District of Pennsylvania | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Watkins, Karen D.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **3556** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2313 Crestas Avenue<br>North Versailles, PA**<br>ZIPCODE **15137** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Allegheny** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9           Recognition of a Foreign<br>☐ Chapter 11          Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☑ Chapter 13          Recognition of a Foreign<br>                              Nonmain Proceeding |
| **Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer    ☐ Debts are primarily<br>debts, defined in 11 U.S.C.          business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less<br>than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                                    Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Watkins, Karen D.** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **Pittsburgh** | Case Number: **09-22645** | Date Filed: **4/14/2009** |
|---|---|---|
| Location Where Filed: **N/A** | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X **/s/ Franklin L. Robinson, Jr.**                    **12/26/14**<br>Signature of Attorney for Debtor(s)                    Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1)  (04/13)                                                                                                                                  Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Watkins, Karen D.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Karen D.  Watkins**
_____
Signature of Debtor                                    **Karen D.  Watkins**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**December 26, 2014**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Franklin L. Robinson, Jr.**
_____
Signature of Attorney for Debtor(s)

**Franklin L. Robinson, Jr. 74464**
**Franklin L. Robinson, Jr.**
**5907 Penn Avenue, Suite 200**
**Pittsburgh, PA  15206-3836**
**(412) 363-6685  Fax: (412) 363-1169**
**frobi69704@aol.com**

**December 26, 2014**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Official Form 6 - Summary) (12/14)

**United States Bankruptcy Court**
**Western District of Pennsylvania**

IN RE:                                                                                    Case No. _____

Watkins, Karen D. _____        Chapter **13** _____
                            Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $    25,000.00 | | |
| B - Personal Property | Yes | 3 | $    14,701.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $    41,959.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $    3,708.72 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $    113,509.75 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $    0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $    2,355.00 |
| TOTAL | | 28 | $    39,701.00 | $    159,177.47 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B 6 Summary (Official Form 6 - Summary) (12/14)

**United States Bankruptcy Court**
**Western District of Pennsylvania**

IN RE:                                                                    Case No. _____

Watkins, Karen D. _____    Chapter **13** _____
                        Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **3,708.72** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| **TOTAL** | $ | **3,708.72** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 12) | $ | **0.00** |
| Average Expenses (from Schedule J, Line 22) | $ | **2,355.00** |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ | **794.67** |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | **31,959.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 3,708.72 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | **0.00** |
| 4. Total from Schedule F | | $ | **113,509.75** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | **145,468.75** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE  Watkins, Karen D.
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5052164007950323** <br><br> **American General Finance** <br> **P.O. Box 3251** <br> **Evansville, IN  47731** | | | 5/2005   Line of credit <br><br><br> VALUE $ | | | | **26,647.00** | **26,647.00** |
| ACCOUNT NO. **447556721** <br><br> **GM Financial** <br> **P.O. BOX 78143** <br> **PHOENIX, AZ  85062-8143** | | | 1/2012  AUTO LOAN <br><br><br> VALUE $ **10,000.00** | | | | **15,312.00** | **5,312.00** |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |

____ **0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | $ **41,959.00** | $ **31,959.00** |
| Total <br> (Use only on last page) | $ **41,959.00** | $ **31,959.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6E (Official Form 6E) (04/13)**

IN RE **Watkins, Karen D.** _____   Case No. _____
Debtor(s) (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
  Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
  Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
  Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

**IN RE** Watkins, Karen D. _____    Case No. _____
          Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

<table>
<tr><th rowspan="2">CREDITOR'S NAME, MAILING ADDRESS<br>INCLUDING ZIP CODE AND ACCOUNT NUMBER.<br><i>(See Instructions above.)</i></th><th rowspan="2">CODEBTOR</th><th rowspan="2">HUSBAND, WIFE, JOINT,<br>OR COMMUNITY</th><th rowspan="2">DATE CLAIM WAS INCURRED<br>AND CONSIDERATION FOR CLAIM</th><th rowspan="2">CONTINGENT</th><th rowspan="2">UNLIQUIDATED</th><th rowspan="2">DISPUTED</th><th rowspan="2">AMOUNT<br>OF<br>CLAIM</th><th rowspan="2">AMOUNT<br>ENTITLED<br>TO<br>PRIORITY</th><th rowspan="2">AMOUNT<br>NOT<br>ENTITLED<br>TO<br>PRIORITY,<br>IF ANY</th></tr>
<tr></tr>
<tr><td>ACCOUNT NO. **376-M-249**<br><br>**MARY ANN FETSICK TAX COLLECTOR<br>1401 GREENSBURG AVE STE 3<br>NORTH VERSAILLES, PA 15137**</td><td></td><td></td><td>**7/1/2014 PROPERTY/REAL<br>ESTATE TAX**</td><td></td><td></td><td></td><td>**321.11**</td><td>**321.11**</td><td></td></tr>
<tr><td>ACCOUNT NO. MJ-05211-CV-0000360-2013<br><br>**MICHAELS, LOUIIS & aSSOCIATES INC<br>PO BOX 1062<br>MOON TWP, PA 15108**</td><td></td><td></td><td>**11/8/2013  CIVIL JUDGMENT**</td><td></td><td></td><td></td><td>**1,916.61**</td><td>**1,916.61**</td><td></td></tr>
<tr><td>ACCOUNT NO. 9617404232100012008....<br><br>**NAVIENT<br>PO BOX 9500<br>WILKES BARRE, PA 18773**</td><td></td><td></td><td>**5/2008 EDUCATION LOAN**</td><td></td><td></td><td></td><td>**1,471.00**</td><td>**1,471.00**</td><td></td></tr>
<tr><td>ACCOUNT NO.<br><br><br></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>ACCOUNT NO.<br><br><br></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>ACCOUNT NO.<br><br><br></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
</table>

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached to                  Subtotal
Schedule of Creditors Holding Unsecured Priority Claims           (Totals of this page)   $ **3,708.72**  $ **3,708.72**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **3,708.72**

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ **3,708.72**  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Watkins, Karen D.
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0166 112364 06 8 <br><br> Adelphia <br> PO Box 371449 <br> Pittsburgh, PA 15250 | | | 9/2006   Utility | | | | 327.74 |
| ACCOUNT NO. 01618901-02 <br><br> AFNI <br> POB 3427 <br> Bloomington, IL 61702 | | | 1/2009   Collection | | | | 395.77 |
| ACCOUNT NO. 4792 <br><br> Allied Interstate <br> 300 Corperate Exchange Drive <br> Columbus, OH 43231 | | | 11/2008   Collection | | | | 390.00 |
| ACCOUNT NO. <br><br> Allmor Towing <br> 467 E. Pittsburgh McKeesport Blvd <br> North Versailles, PA 15137 | | | 8/2008   Towing | | | | 125.00 |

__12__ continuation sheets attached

Subtotal
(Total of this page) $ 1,238.51

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Watkins, Karen D.                                              Case No. _____
         Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **918 055 484**<br>**Allstate Property And Casualty Co.**<br>**PO Box 3589**<br>**Akron, OH  44309** | | | 5/2008   Installment | | | | **308.45** |
| ACCOUNT NO. **70495**<br>**Blair Corporation**<br>**220 Hickery Street**<br>**Warren, PA  16366** | | | 4/2001   Revolving | | | | **112.00** |
| ACCOUNT NO. **8718037743**<br>**BMG Music Service** | | | 4/2006   Revolving | | | | **59.76** |
| ACCOUNT NO.<br>**Braddock Hills Police Dept.**<br>**1300 Brinton Road**<br>**Braddock Hills, PA  15221** | | | 6/2008    Ticket | | | | **350.00** |
| ACCOUNT NO. **1326**<br>**Calvery Portfolio Services, LLC**<br>**PO Box 1017**<br>**Hawthorn, NY  1053** | | | 5/2008   Collection | | | | **3,174.00** |
| ACCOUNT NO.<br>**Carnegie Melon University Library**<br>**5000 Forbes Avenue**<br>**Pittsburgh, PA  15213-3890** | | | 4/2008  Library Fines | | | | **300.00** |
| ACCOUNT NO.<br>**Cashnet USA**<br>**200 West Jackson Street**<br>**Suite 1400**<br>**Chicago, IL  60606** | | | 5/2008  Loan | | | | **250.00** |

Sheet no. **1** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,554.21**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Watkins, Karen D.                                                    Case No. _____
             Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4082029**<br>**Cavalier<br>3300 North Pace Boulevard<br>Pensacola, FL  32505-5148** | | | 3/2009  **Utility** | | | | **265.22** |
| ACCOUNT NO. **24 082544842**<br>**Cbcs 24<br>PO Box 164059<br>Columbus, OH  43216** | | | 7/2008  **Collection** | | | | **413.35** |
| ACCOUNT NO. **1685835**<br>**CitiBank NA<br>701 East 60th Street North<br>Sioux Falls, SD  57104** | | | 4/2008  **Education** | | | | **1,380.00** |
| ACCOUNT NO. **1685835**<br>**CitiBank NA<br>701 East 60th Street North<br>Sioux Falls, SD  57104** | | | 1/2008  **Education** | | | | **1,168.00** |
| ACCOUNT NO. **1685835**<br>**CitiBank NA<br>701 East 60th Street North<br>Sioux Falls, SD  57104** | | | 6/2008  **Education** | | | | **2,287.00** |
| ACCOUNT NO. **1685835**<br>**CitiBank NA<br>701 East 60th Street North<br>Sioux Falls, SD  57104** | | | 6/2008  **Education** | | | | **2,332.00** |
| ACCOUNT NO. **45964983**<br>**Claims Accounting<br>PO Box30272<br>Tampa, FL  33630** | | | 9/2009  **Collection -Goodwill Industries** | | | | **71.40** |

Sheet no. __**2**__ of __**12**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,916.97**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Watkins, Karen D.__ _____    Case No. _____
                  Debtor(s)                                     (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **757630** <br><br>**Coastal Credit** <br>**PO Box 697** <br>**Greensburgh, PA  15601** | | | 12/2005   Collection - Value Motors | | | | 4,101.18 |
| ACCOUNT NO. **8993 20 615 0059367** <br><br>**Comcast** <br>**300 Corliss Street** <br>**Pittsburgh, PA  15220** | | | 2/2008   Utility | | | | 444.17 |
| ACCOUNT NO. **2307206000018324** <br><br>**Corporate Recovery Services** <br>**PO Box 32995** <br>**Phoenix, AZ  85064** | | | 7/2006   HSBC CollectionTaxpayers Financial Services | | | | 392.68 |
| ACCOUNT NO. **07016827634** <br><br>**Credit Collection Services** <br>**2 Wells Avenue** <br>**Newton, MA  02459** | | | 10/2006   Collection - Hollywood video | | | | 179.97 |
| ACCOUNT NO. <br><br>**CREDIT ONE BANK** <br>**P.O. Box 98873** <br>**LAS VEGAS, NV  89193-8873** | | | 8/2010 CREDIT CARD | | | | 1,052.00 |
| ACCOUNT NO. **169** <br><br>**Credit Solutions Corp.** <br>**9573 Chesapeake Drive** <br>**San Diego, CA  92123** | | | 12/2007   Collection | | | | 462.00 |
| ACCOUNT NO. **MT416676** <br><br>**Credit Solutions LLC** <br>**PO Box 605** <br>**Metairie, LA  70004** | | | 7/2007   Collection | | | | 3,509.42 |

Sheet no. ____**3**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **10,141.42**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Watkins, Karen D.</u>                                                                    Case No. _____
                    Debtor(s)                                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4031-1710-0063-4737** <br><br> **Dekalb County Sollutions** <br> **PO Box 447** <br> **Sycamore, IL  60178** | | | **6/2008   Collection - Providian National Bank** | | | | **3,787.90** |
| ACCOUNT NO. **3556** <br><br> **Department Of Labor & Workforce Developm** <br> **7th Floor Labor & Industry Bld.** <br> **651 Boas Street** <br> **Harrisburg, PA  17121** | | | **Unemployment Compensation Overpayment** | | | | **6,500.00** |
| ACCOUNT NO. **3556** <br><br> **Department Of Labor & Workforce Developm** <br> **7th Floor Labor & Industry Bld.** <br> **651 Boas Street** <br> **Harrisburg, PA  17121** | | | **3/31/06   Unemployment Compensation Overpayment** | | | | **1,016.00** |
| ACCOUNT NO. **8255 9097 0561 1405** <br><br> **Dish Network** <br> **P.O. Box 94063** <br> **Palatine, IL  60094** | | | **DISH  / CABLE** | | | | **302.63** |
| ACCOUNT NO. **06625753814O** <br><br> **E R Solutions** <br> **800 SW 39th Street** <br> **Renton, WA  98057** | | | **4/2006   Collection - Fun Charge** | | | | **170.51** |
| ACCOUNT NO. **CV-691-08** <br><br> **East Allegheny Schood District** <br> **C/O Litigation Dept.** <br> **546 Wendell Road** <br> **Irwin, PA  15642** | | | **12/2008   Lawsuit** | | | | **2,910.37** |
| ACCOUNT NO. <br><br> **East Pittsburgh Police Department** <br> **811 Linden Avenue** <br> **East Pittsburgh, PA  15112** | | | **5/2008   Ticket** | | | | **325.00** |

Sheet no. ___**4**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **15,012.41**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Watkins, Karen D.__ _____   Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5026....**<br>**F N B CONS DISC CO**<br>**4313 WALNUT ST STE 29**<br>**MCKEESPORT, PA 15132** | | | AUTO LOAN 5/2013 | | | | 4,923.00 |
| ACCOUNT NO. **517800631592....**<br>**First Premier Bank**<br>**601 S MINNESOTA AVE**<br>**Sioux Falls, SD 57107-5519** | | | 2/2012 CREDIT CARD | | | | 482.00 |
| ACCOUNT NO. **517800639813....**<br>**First Premier Bank**<br>**601 S MINNESOTA AVE**<br>**Sioux Falls, SD 57107-5519** | | | 4/2013 CREDIT CARD | | | | 559.00 |
| ACCOUNT NO.<br>**FMS**<br>**P.O. Box 707600**<br>**Tulsa, OK 74170** | | | 10/2006 | | | | 65.11 |
| ACCOUNT NO. **900103**<br>**Full Service Network**<br>**U.S. Steel Tower**<br>**600 Grant Street**<br>**Pittsburgh, PA 15219** | | | 12/2006  Revolving | | | | 486.00 |
| ACCOUNT NO. **1226200857432517**<br>**Glacial Star Group**<br>**150 Motor Parkway**<br>**Hauppauge, NY 11788** | | | 7/2008  Collection | | | | 511.22 |
| ACCOUNT NO. **230710600098**<br>**HSBC/TAX**<br>**90 Christiana Road**<br>**New Castle, DE 19720** | | | 2/2006  Collection | | | | 214.00 |

Sheet no. ___**5**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **7,240.33**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Watkins, Karen D. _____   Case No. _____
                    Debtor(s)                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Huntington Bank**<br>P.O. Box 894424<br>Cleveland, OH  44101 | | | 5/2008  Loan | | | | **450.00** |
| ACCOUNT NO. X0527269-SW-ST278-BAT<br>**I. C. Systems Inc.**<br>Po Box 64378<br>St. Paul, MN  55164-0378 | | | 8/2008  Collection/Sprint | | | | **463.94** |
| ACCOUNT NO. 266318<br>**Jefferson Capital Systems, LLC**<br>16 Mcleland Road<br>St. Cloud, MN  56303 | | | 10/2008  Collection | | | | **544.00** |
| ACCOUNT NO. 261071<br>**Jefferson Capital Systems, LLC**<br>16 Mcleland Road<br>St. Cloud, MN  56303 | | | 11/2007  Collection | | | | **729.00** |
| ACCOUNT NO. 8634569<br>**Kaplan University**<br>550 West Van Buren<br>Chicago, IL  60607 | | | 6/08  Tuition | | | | **4,619.68** |
| ACCOUNT NO. R133821<br>**KEYSTONE COLLECTIONS GROUP**<br>PO BOX 499<br>IRWIN, PA  15642 | | | 7/1/2014 REAL ESTATE TAX | | | | **241.22** |
| ACCOUNT NO. 022154446<br>**Leading Edge Recovery Solutions**<br>PO Box 129<br>Linden, MI  48451-0129 | | | 8/2006  Collection - Household Renaissance | | | | **1,289.69** |

Sheet no. ____**6**____ of ____**12**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **8,337.53**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE __Watkins, Karen D.__                                                    Case No. _____
           Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **48270** <br><br>**Loan Shop** <br>**2207 Concord Pike** <br>**Wilmington, DE  19803** | | | 5/2008   Revolving | | | | 480.00 |
| ACCOUNT NO. **15221trcac90001** <br><br>**Ltd Commodities, LLC** <br>**2800 Lakeside Drive** <br>**Bannockburn, IL  60015** | | | 4/2007   Line of Credit | | | | 841.45 |
| ACCOUNT NO. <br><br>**Mellon University** | | | Tuition | | | | 250.00 |
| ACCOUNT NO. **852831** <br><br>**Midland Credit Management Inc.** <br>**Department 8870** <br>**Los Angeles, CA  90084-8870** | | | 8/2008   Collection | | | | 1,503.00 |
| ACCOUNT NO. **8515113072** <br><br>**Midland Credit Management Inc.** <br>**Department 8870** <br>**Los Angeles, CA  90084-8870** | | | 7/2008   Collection - Value Motors | | | | 777.58 |
| ACCOUNT NO. <br><br>**Mortgage Holder** <br>**2313 Crestas Avenue** <br>**North Versailles, PA  15137** | | | 2313 Crestas Avenue N. Versailles, PA 15137 | | | | 26,000.00 |
| ACCOUNT NO. **1140029358478** <br><br>**National Recovery Agency** <br>**4201 Crums Mill Road** <br>**Harrisburg, PA  17112** | | | 8/2008   Collection - Equitable Gas | | | | 2,849.25 |

Sheet no. ___**7**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **32,701.28**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Watkins, Karen D._____    Case No. _____
                Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9617404232100022008....**<br><br>**NAVIENT<br>PO BOX 9500<br>WILKES BARRE, PA  18773** | | | **7/2008 EDUCATION LOAN** | | | | **2,849.00** |
| ACCOUNT NO. **9617404232100032008....**<br><br>**NAVIENT<br>PO BOX 9500<br>WILKES BARRE, PA  18773** | | | **5/2008 EDUCATION LOAN** | | | | **1,935.00** |
| ACCOUNT NO. **9617404232100042008....**<br><br>**NAVIENT<br>PO BOX 9500<br>WILKES BARRE, PA  18773** | | | **7/2008 EDUCATION LOAN** | | | | **3,253.00** |
| ACCOUNT NO. **1010172909**<br><br>**NCO  Financial Systems, Inc<br>PO Box  13574<br>Philadelphia, PA  19101** | | | **1/2009   Collectio - RJM Aquisitions** | | | | **225.66** |
| ACCOUNT NO.<br><br>**North Braddock Police Department<br>600 Anderson Street<br>North Braddock, PA  15104** | | | **4/2008   Ticket** | | | | **260.00** |
| ACCOUNT NO. **GR7026635697**<br><br>**OSI Collection Servives Inc.<br>PO Box 959<br>Brookfield, WI  53008** | | | **8/2006   Collection** | | | | **39.35** |
| ACCOUNT NO. **2749**<br><br>**Oxford Collection Service<br>135 Maxess Road<br>Melville, NY  11747** | | | **10/2006   Collection** | | | | **2,923.00** |

Sheet no. ___**8**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,485.01**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Watkins, Karen D.__                                                          Case No. _____
                      Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. TR-2311-14 <br><br> **PA CITATION/SUMMONS** <br> **40 N PENNSYLVANIA AVE** <br> **GREENSBURG, PA  15601** | | | **CITATION/SUMMONS  METER VIOL. & PENALTIES** <br> **7/2014** | | | | **62.50** |
| ACCOUNT NO. 0058*305 <br><br> **Paragon Way Inc.** <br> **2101 West Ben White Blvd.** <br> **Austin, TX  78704-7516** | | | **1/2009   Collection -Check Into Cash** | | | | **230.00** |
| ACCOUNT NO. v22729060005 <br><br> **Penn Credit Corporation** <br> **PO Box 988** <br> **Harrisburg, PA  17108** | | | **5/2008   Collection** | | | | **732.78** |
| ACCOUNT NO. V2277036000 <br><br> **Penn Credit Corporation** <br> **PO Box 988** <br> **Harrisburg, PA  17108** | | | **5/2008   Collection** | | | | **380.88** |
| ACCOUNT NO. V22847820009 <br><br> **Penn Credit Corporation** <br> **PO Box 988** <br> **Harrisburg, PA  17108** | | | **5/2008   Collection** | | | | **372.90** |
| ACCOUNT NO. OK07.... <br><br> **PINNACLE CREDIT SERVICE** <br> **7900 HIGHWAY 7 #100** <br> **SAINT LOUIS PARK, MN  55426** | | | **12/2013 VERIZON WIRELESS/ COLLECTION** | | | | **958.00** |
| ACCOUNT NO. 405731001145 <br><br> **Plains Commerce Bank** <br> **PO Box 88020** <br> **Sioux Falls, SD  57109** | | | **2/2007   Revolving** | | | | **322.00** |

Sheet no. __9__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,059.06**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Watkins, Karen D.

Debtor(s)                                                      Case No. _____

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **650078000433**<br><br>**RIO Services**<br>**PO Box 2488**<br>**Reston, VA  20195-0488** | | | 8/2006   Collection | | | | 80.86 |
| ACCOUNT NO. **620R481**<br><br>**RJM Acqisition LLC**<br>**575 Underhill Blvd.**<br>**Syosset, NY  11719** | | | 11/2006   Collection | | | | 225.00 |
| ACCOUNT NO.<br><br>**Royal Furniture**<br>**6250 Winchester Road**<br>**Memphis, TN  38115** | | | | | | | 300.00 |
| ACCOUNT NO.<br><br>**Safeauto**<br>**PO Box 182208**<br>**Columbus, OH  43218-2208** | | | Insurance | | | | 60.00 |
| ACCOUNT NO. **354**<br><br>**Security Check LLC**<br>**2612 Jackson Avenue W**<br>**Oxford, MS  38655** | | | 12/2002   Returned Check | | | | 55.00 |
| ACCOUNT NO. **348**<br><br>**Security Check LLC**<br>**2612 Jackson Avenue W**<br>**Oxford, MS  38655** | | | 11/2002   Returned Check | | | | 51.00 |
| ACCOUNT NO. **279**<br><br>**Security Check LLC**<br>**2612 Jackson Avenue W**<br>**Oxford, MS  38655** | | | 8/2002   Returned Check | | | | 42.00 |

Sheet no. __**10**__ of __**12**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  813.86

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Watkins, Karen D.      Case No. _____
     Debtor(s)            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9341172141570 <br> **Seventh Avenue** <br> **1112 7th Avenue** <br> **Monroe, WI 53666-1364** | | | 7/2007  Revolving | | | | 229.43 |
| ACCOUNT NO. <br> **SKO Brenner American Inc.** <br> **PO Box 230** <br> **Farmington, NY 11735** | | | 7/2007  Collection- | | | | 250.00 |
| ACCOUNT NO. 4128160679248 <br> **Solomon And Solomon** <br> **P.O. Box 15019** <br> **Albany, NY 12212** | | | 2/2008  Collection - Verizon | | | | 55.65 |
| ACCOUNT NO. 713152304903.... <br> **Springleaf Financial Services** <br> **535 CLAIRTON BLVD STE 37** <br> **Pleasant Hills, PA 15236** | | | 7/2013 SECURED LOAN | | | | 6,311.00 |
| ACCOUNT NO. <br> **Strayer University** <br> **PO Box 1310** <br> **Newington, VA 22122** | | | | | | | 700.00 |
| ACCOUNT NO. 548955511316 <br> **Unistates Collection Agency LLC** <br> **2809 Wherle Drive Ste 1** <br> **Williamsville, NY 14221** | | | 5/2008  Collection | | | | 1,451.00 |
| ACCOUNT NO. 6204815915 <br> **Universal Fidelity LP** <br> **PO Box 941911** <br> **Houston, TX 77094** | | | 2/2006  Collection - Citizens Bank | | | | 225.66 |

Sheet no. **11** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,222.74**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE <u>Watkins, Karen D.</u>
                                            Case No. _____

            Debtor(s)
                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **05 0553 63386**<br>**VICTORIA FIRE & CASUALTY**<br>**PO BOX 55126**<br>**BOSTON, MA  02205-5126** | | | **INSURANCE PAYMENT** | | | | **376.00** |
| ACCOUNT NO.<br>**WalMart**<br>**7000 Marina Blvd.**<br>**Brisbane, CA  94005** | | | **Checks** | | | | **650.00** |
| ACCOUNT NO. **4057-3100-1145-3948**<br>**Zeneth Aquisition**<br>**170 Northpointe Parkway**<br>**Amherst, NY  14228** | | | **5/2008   Collectio- Total Card** | | | | **342.42** |
| ACCOUNT NO. **1000060**<br>**Zeneth Aquisition**<br>**170 Northpointe Parkway**<br>**Amherst, NY  14228** | | | **5/2004   Collection** | | | | **104.00** |
| ACCOUNT NO. **100322**<br>**Zeneth Aquisition**<br>**170 Northpointe Parkway**<br>**Amherst, NY  14228** | | | **4/2006  Collection** | | | | **314.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **12** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal
      (Total of this page) $ **1,786.42**

            Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **113,509.75**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Adelphia
PO Box 371449
Pittsburgh, PA  15250


AFNI
POB 3427
Bloomington, IL  61702


Allied Interstate
300 Corperate Exchange Drive
Columbus, OH  43231


Allmor Towing
467 E. Pittsburgh McKeesport Blvd
North Versailles, PA  15137


Allstate Property And Casualty Co.
PO Box 3589
Akron, OH  44309


American General Finance
P.O. Box 3251
Evansville, IN  47731


Blair Corporation
220 Hickery Street
Warren, PA  16366


Braddock Hills Police Dept.
1300 Brinton Road
Braddock Hills, PA  15221


Calvery Portfolio Services, LLC
PO Box 1017
Hawthorn, NY  1053

Carnegie Melon University Library
5000 Forbes Avenue
Pittsburgh, PA   15213-3890


Cashnet USA
200 West Jackson Street
Suite 1400
Chicago, IL   60606


Cavalier
3300 North Pace Boulevard
Pensacola, FL   32505-5148


Cbcs 24
PO Box 164059
Columbus, OH   43216


CitiBank NA
701 East 60th Street North
Sioux Falls, SD   57104


Claims Accounting
PO Box30272
Tampa, FL   33630


Coastal Credit
PO Box 697
Greensburgh, PA   15601


Comcast
300 Corliss Street
Pittsburgh, PA   15220


Corporate Recovery Services
PO Box 32995
Phoenix, AZ   85064

Credit Collection Services
2 Wells Avenue
Newton, MA  02459


CREDIT ONE BANK
P.O. Box 98873
LAS VEGAS, NV  89193-8873


Credit Solutions Corp.
9573 Chesapeake Drive
San Diego, CA  92123


Credit Solutions LLC
PO Box 605
Metairie, LA  70004


Dekalb County Sollutions
PO Box 447
Sycamore, IL  60178


Department Of Labor & Workforce Developm
7th Floor Labor & Industry Bld.
651 Boas Street
Harrisburg, PA  17121


Dish Network
P.O. Box 94063
Palatine, IL  60094


E R Solutions
800 SW 39th Street
Renton, WA  98057

East Allegheny Schood District
C/O Litigation Dept.
546 Wendell Road
Irwin, PA  15642


East Pittsburgh Police Department
811 Linden Avenue
East Pittsburgh, PA  15112


F N B CONS DISC CO
4313 WALNUT ST STE 29
MCKEESPORT, PA  15132


First Premier Bank
601 S  MINNESOTA AVE
Sioux Falls, SD  57107-5519


First Premier Bank
601 S MINNESOTA AVE
Sioux Falls, SD  57107-5519


FMS
P.O. Box 707600
Tulsa, OK  74170


Full Service Network
U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219


Glacial Star Group
150 Motor Parkway
Hauppauge, NY  11788

GM Financial
P.O. BOX 78143
PHOENIX, AZ  85062-8143


HSBC/TAX
90 Christiana Road
New Castle, DE  19720


Huntington Bank
P.O. Box 894424
Cleveland, OH  44101


I. C. Systems Inc.
Po Box 64378
St. Paul, MN  55164-0378


Jefferson Capital Systems, LLC
16 Mcleland Road
St. Cloud, MN  56303


Jeffrey J. Sikirica, Trustee
121 Northbrook Avenue
Gibsonia, PA  15044


Kaplan University
550 West Van Buren
Chicago, IL  60607


KEYSTONE COLLECTIONS GROUP
PO BOX 499
IRWIN, PA  15642


Leading Edge Recovery Solutions
PO Box 129
Linden, MI  48451-0129

Loan Shop
2207 Concord Pike
Wilmington, DE  19803


Ltd Commodities, LLC
2800 Lakeside Drive
Bannockburn, IL  60015


MARY ANN FETSICK TAX COLLECTOR
1401 GREENSBURG AVE STE 3
NORTH VERSAILLES, PA  15137


MICHAELS, LOUIIS & aSSOCIATES INC
PO BOX 1062
MOON TWP, PA  15108


Midland Credit Management Inc.
Department 8870
Los Angeles, CA  90084-8870


Mortgage Holder
2313 Crestas Avenue
North Versailles, PA  15137


National Recovery Agency
4201 Crums Mill Road
Harrisburg, PA  17112


NAVIENT
PO BOX 9500
WILKES BARRE, PA  18773


NCO  Financial Systems, Inc
PO Box  13574
Philadelphia, PA  19101

North Braddock Police Department
600 Anderson Street
North Braddock, PA   15104


OSI Collection Servives Inc.
PO Box 959
Brookfield, WI   53008


Oxford Collection Service
135 Maxess Road
Melville, NY   11747


PA CITATION/SUMMONS
40 N PENNSYLVANIA AVE
GREENSBURG, PA   15601


Paragon Way Inc.
2101 West Ben White Blvd.
Austin, TX   78704-7516


Penn Credit Corporation
PO Box 988
Harrisburg, PA   17108


PINNACLE CREDIT SERVICE
7900 HIGHWAY 7 #100
SAINT LOUIS PARK, MN   55426


Plains Commerce Bank
PO Box 88020
Sioux Falls, SD   57109


RIO Services
PO Box 2488
Reston, VA   20195-0488

RJM Acqisition LLC
575 Underhill Blvd.
Syosset, NY  11719


Royal Furniture
6250 Winchester Road
Memphis, TN  38115


Safeauto
PO Box 182208
Columbus, OH  43218-2208


Security Check LLC
2612 Jackson Avenue W
Oxford, MS  38655


Seventh Avenue
1112 7th Avenue
Monroe, WI  53666-1364


SKO Brenner American Inc.
PO Box 230
Farmington, NY  11735


Solomon And Solomon
P.O. Box 15019
Albany, NY  12212


Springleaf Financial Services
535 CLAIRTON BLVD STE 37
Pleasant Hills, PA  15236


Strayer University
PO Box 1310
Newington, VA  22122

Unistates Collection Agenct LLC
2809 Wherle Drive Ste 1
Williamsville, NY  14221


Universal Fidelity LP
PO Box 941911
Houston, TX  77094


VICTORIA FIRE & CASUALTY
PO BOX 55126
BOSTON, MA  02205-5126


WalMart
7000 Marina Blvd.
Brisbane, CA  94005


Zeneth Aquisition
170 Northpointe Parkway
Amherst, NY  14228